**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      In re Lisa Marie Searcy

Appellate case number:      01-21-00520-CV

Trial court case number:      19-CP-0155

Trial court:      306th District Court of Galveston County

Date motion filed:      October 21, 2021

Party filing motion:      Relator, Lisa Marie Searcy

Relator, Lisa Marie Searcy, has filed a "Motion for Reconsideration" of the Court's October 12, 2021 denying her petition for writ of mandamus. We construe her motion as a motion for rehearing. *See* TEX. R. APP. P. 64.

It is ordered that the motion for rehearing is **denied**.


Judge's signature:    /s/ Amparo Guerra
                 Acting for the Court

Panel consists of: Chief Justice Radack and Justices Rivas-Molloy and Guerra.

Date: October 28, 2021